# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| THE LAW OFFICES OF HILDA L.<br>SIBRIAN, P.C. and HILDA L. SIBRIAN,<br><br>*Plaintiffs*,<br>v.<br><br>MCNEIL CONSULTANTS, LLC D/B/A<br>ACCIDENT INJURY LEGAL CENTER,<br>QUINTESSA MARKETING, LLC D/B/A<br>ACCIDENT INJURY LEGAL CENTER,<br>and LAUREN MINGEE,<br><br>*Defendants*. | §§§§§§§§§§§§§§ | Civil Action No. 4:23-cv-04643 |

---

FILED UNDER SEAL

PLAINTIFF'S EXHIBIT NO. 3

---

**EXHIBIT**

**3**