# EXHIBIT C

**NORTON ROSE FULBRIGHT**

October 10, 2023

**Via FedEx**

Lauren Mingee
13417 Old Iron Road
Edmond, Oklahoma 73013

2932 Spring Crest Circle
Jones, Oklahoma 73049

Quintessa Marketing, LLC d/b/a
Accident Injury Legal Center
7910 Mid America Blvd #230
Oklahoma City, OK 73135

McNeil Consultants, LLC d/b/a
Accident Injury Legal Center
7919 Mid America Blvd #230
Oklahoma City, OK 73135

Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
United States

Direct line +1 713 651 5198
kevin.yankowsky@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246
nortonrosefulbright.com

Re:   Unauthorized Use of Hilda Sibrian Trademark and Name

Dear Ms. Mingee:

Our firm represents Hilda Sibrian in intellectual property matters. I write to you regarding the unauthorized use and misappropriation of Ms. Sibrian's name and trademarks by you and your companies (collectively, "you" and/or "your company").

As you are no doubt aware, Hilda Sibrian is a successful personal injury lawyer practicing in the Greater Houston and San Antonio areas. In her nearly twenty years of practice, our client has built up enormous brand recognition and goodwill in her name. In addition to the valuable common law rights Ms. Sibrian has accrued in her name and trademarks, our client owns several federal trademark registrations for marks incorporating her name, conferring exclusive, nationwide priority in these marks. (See registration certificates enclosed as **Exhibit A**.)

Our client recently became aware of your use of her name and trademarks as search term keywords to generate click-to-call advertisements for your call centers, where callers are engaged in misleading or deceptive communications and ultimately directed to other law firms. A printout showing such an ad is enclosed as **Exhibit B**. These advertisements falsely suggest that your company and the law firms that have engaged your company are approved by Ms. Sibrian, affiliated with Ms. Sibrian's practice, or otherwise associated with Ms. Sibrian. Further, your use of our client's marks in this manner appears calculated to usurp Ms. Sibrian's significant brand investment and goodwill, in violation of her trademark rights and her right to fair competition under federal and state law.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

101454188.1

October 10, 2023
Page 2

NORTON ROSE FULBRIGHT

Our client has devoted substantial resources and time into developing her trademarks and brand and, as a result, has the right to prevent unauthorized or infringing uses by others that may lead to confusion among consumers, or that misappropriate her goodwill and brand identity. Ms. Sibrian has no objection to fair, good faith competition, but she cannot tolerate unfair competition that misappropriates her intellectual property investment and infringes her trademark rights. Such unlawful actions are federal violations under the Lanham Act, 15 U.S.C. §§ 1114(a), 1125, and further constitute actionable trademark infringement, unfair competition, and misappropriation under the common law.

In addition to infringing our client's intellectual property rights, your company's use of the "Hilda Sibrian" name and mark as keywords in order to divert Ms. Sibrian's prospective clients is predatory and false and/or misleading. The advertisements are likely to deceive and mislead potential clients into believing that your firm is affiliated with Ms. Sibrian's. Indeed, when clients place a call via said advertisements, they are directed to a call center using intentionally vague and misleading language in order to ensure that those clients maintain the belief they are arranging an appointment with our client's law firm (for instance, by refusing to answer the question of whether the caller has reached Hilda Sibrian's office). Our client has received multiple calls from would-be clients who have placed calls via these advertisements and made appointments, all the while operating under the mistaken belief that they were speaking with Ms. Sibrian's firm, only to find out they had in fact made appointments with other law firms altogether. Accordingly, your advertisements are both misleading and deceptive and must immediately be corrected. Because the advertisements are likely to deceive as to an affiliation, connection, or association, sponsorship, or approval by Ms. Sibrian of your services, they are false and/or misleading and therefore actionable under the Lanham Act. 15 U.S.C. § 1125(a).

Accordingly, Hilda Sibrian demands that you and your business(es) immediately cease and desist in any and all further or future use of Hilda Sibrian's name and trademarks as keywords in connection with such advertisements. Specifically, in light of the above, our client demands that you agree to:

1. immediately and permanently cease using our client's marks as keywords in click-to-call ads;

2. direct your call center employees to cease engaging in vague and misleading communications to deceive callers as to an affiliation with our client;

3. provide in writing no later than **5:00 pm on October 31, 2023,** a written statement containing and attaching:

    a. detailed information about your use of our client's name and marks as keywords in connection with your firm's click-to-call advertisements,

    b. invoices, receipts, financial statements and accounting records for any services rendered by your firm in connection with the infringing advertisements,

    c. the names and contact information of any law firms that have benefitted from the infringing advertisements, and

101454188.1

October 10, 2023  
Page 3

NORTON ROSE FULBRIGHT

    d. your signed affirmation that you have ceased all use of Hilda Sibrian's name and trademarks, that you are complying with the demands above, and that you are providing complete and accurate information in response to this letter.

The above is not an exhaustive statement of all the relevant facts and law, and our client expressly reserves all of her equitable and legal rights and remedies, including the right to seek injunctive relief and recover monetary damages.

Very truly yours,

Kevin W. Yankowsky

KWY/ss  
Enclosed: Registration Certificates

EXHIBIT A

101454188.1

# EXHIBIT A

# United States of America
### United States Patent and Trademark Office

# Hilda Sibrian

**Reg. No. 6,104,981**
**Registered Jul. 21, 2020**
**Int. Cl.: 45**
**Service Mark**
**Principal Register**

Sibrian, Hilda (UNITED STATES INDIVIDUAL)
846 North Loop
Houston, TEXAS 77009

CLASS 45: Legal services, namely, providing customized documentation, information, counseling, advice and consultation services in all areas of personal injury and wrongful death; Providing legal services in the field of personal injury and wrongful death; Providing customized legal information, counseling, and advice, and litigation services in the field of personal injury and wrongful death

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Hilda Sibrian", whose consent(s) to register is made of record.

SER. NO. 88-462,362, FILED 06-06-2019



Andrei Iancu
Director of the United States
Patent and Trademark Office



# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

### Requirements in the First Ten Years*
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

### Requirements in Successive Ten-Year Periods*
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

### Grace Period Filings*

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.**

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office

Hilda Leonor Sibrian

Reg. No. 6,116,072
Registered Aug. 04, 2020
Int. Cl.: 45
Service Mark
Principal Register



Sibrian, Hilda (UNITED STATES INDIVIDUAL)
846 North Loop
Houston, TEXAS 77009

CLASS 45: Legal services, namely, providing customized documentation, information, counseling, advice and consultation services in all areas of personal injury and wrongful death; Providing legal services in the field of personal injury and wrongful death; Providing customized legal information, counseling, and advice, and litigation services in the field of personal injury and wrongful death

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Hilda Leonor Sibrian", whose consent(s) to register is made of record.

SER. NO. 88-462,477, FILED 06-06-2019

Director of the United States
Patent and Trademark Office



# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

### Requirements in the First Ten Years*
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

### Requirements in Successive Ten-Year Periods*
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

### Grace Period Filings*

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file the renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**HS**
THE LAW OFFICES OF
**HILDA SIBRIAN**

**Reg. No. 6,116,075**
**Registered Aug. 04, 2020**
**Int. Cl.: 45**
**Service Mark**
**Principal Register**

Sibrian, Hilda (UNITED STATES INDIVIDUAL)
846 North Loop
Houston, TEXAS 77009

CLASS 45: Legal services, namely, providing customized documentation, information, counseling, advice and consultation services in all areas of personal injury and wrongful death; Providing legal services in the field of personal injury and wrongful death; Providing customized legal information, counseling, and advice, and litigation services in the field of personal injury and wrongful death

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004

The mark consists of "HS" displayed above "The Law Offices of Hilda Sibrian" wherein "Hilda Sibrian" appears on the bottom in one line by itself.

No claim is made to the exclusive right to use the following apart from the mark as shown: "THE LAW OFFICES OF"

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Hilda Sibrian", whose consent(s) to register is made of record.

SER. NO. 88-462,649, FILED 06-06-2019



*[signature]*
Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

Abogada Hilda Sibrian

**Reg. No. 6,116,076**  Sibrian, Hilda (UNITED STATES INDIVIDUAL)
846 North Loop
**Registered Aug. 04, 2020**  Houston, TEXAS 77009

**Int. Cl.: 45**  CLASS 45: Attorney services, namely, representation of clients in personal injury and wrongful death matters; Providing legal services in the field of personal injury and wrongful death; Providing customized legal information, counseling, and advice, and litigation services in the field of personal injury and wrongful death

**Service Mark**

**Principal Register**

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "ABOGADA"

The English translation of "Abogada" in the mark is "Lawyer".

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Hilda Sibrian, whose consent(s) to register is made of record.

SER. NO. 88-462,712, FILED 06-06-2019



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# Hilda L. Sibrian

**Reg. No. 6,133,297**  
**Registered Aug. 25, 2020**  
**Int. Cl.: 45**  
**Service Mark**  
**Principal Register**

Sibrian, Hilda (UNITED STATES INDIVIDUAL)  
846 North Loop  
Houston, TEXAS 77009

CLASS 45: Legal services, namely, providing customized documentation, information, counseling, advice and consultation services in all areas of personal injury and wrongful death; Providing legal services in the field of personal injury and wrongful death; Providing customized legal information, counseling, and advice, and litigation services in the field of personal injury and wrongful death

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Hilda Sibrian, whose consent(s) to register is made of record.

SER. NO. 88-462,440, FILED 06-06-2019



*[signature]*  
Director of the United States  
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# EXHIBIT B

Google

abogada hilda sibrian

ALL  NEWS  IMAGES  MAPS  VIDEOS  SHO!

Sponsored · www.accidentinjurylegalcenter.com/

Texas Accident Lawyers - Let Us Help You Now. If You Were Hurt In An Accident, Call Today For a Free Consultation! Nothing Out Of Pocket. Enough Is Enough, Let Us Fight For You to Get the Compensation You Deserve! Don't Wait Contact Now. Effective Legal Solution. Best Dispute Outcome. Great Success Rate. Experienced Lawyer 24/7. Get Legal Help Today. Maximize Compensation. Get Free Consultation. Quick Case Turnaround. Types: Best Accident Lawyer, Car Accident Claims, Bus Accident Claims, Truck Accident Claims.

📞 Call (855) 686-8852
Car Accident Helpline