# EXHIBIT A-1

# CONFIDENTIAL

# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAW OFFICES OF HILDA L. SIBRIAN, P.C. and HILDA L. SIBRIAN, <br><br> Plaintiffs, <br><br> v. <br><br> MCNEIL CONSULTANTS, LLC D/B/A ACCIDENT INJURY LEGAL CENTER, QUINTESSA MARKETING, LLC D/B/A ACCIDENT INJURY LEGAL CENTER and LAUREN MINGEE <br><br> Defendants. | § § § § § § § § § § § § § § § § No. 4:23-cv-04643 |

## DECLARATION OF LAUREN VON MINGEE

1. My name is Lauren Von Mingee. My former name is Lauren Von McNeil. My date of birth is January 22, 1986, and my business address is 3401 NW 63rd Street, Suite 555, Oklahoma City, Oklahoma 73116. I am over the age of eighteen, of sound mind, and have never been convicted of a felony. The facts stated herein are within my personal knowledge and are true and correct.

2. I am the CEO, founder, and sole owner of Quintessa, LLC d/b/a Accident Injury Legal Center. Prior to founding Quintessa, LLC, I worked in management and sales at AT&T in 2008. By 2010, I was working for an advertising agency where I developed commercials for personal injury lawyers. During this time, I began to learn about search engine optimization (SEO) and assist clients with developing their website and content to rank in the No. 1 position on Google. I soon transitioned to working exclusively on SEO for attorneys, then spent several years managing

attorney clients and helping law firms manage after-hours telephone calls. In 2015, I started to learn about pay-per-click (PPC) Google Ads.

3. In 2016, I founded McNeil Consultants, LLC d/b/a Accident Injury Legal Center, a marketing firm, to bridge the gap between people who have been injured in an accident and lawyers who can help them. I focused on PPC advertising, began operating my own call center, and began generating leads by running call-only advertisements on Google Ads under the name "Accident Injury Legal Center" (AILC). I operated McNeil Consultants as its sole owner until 2019, when McNeil Consultants wound down and Quintessa, LLC began operating in its place as Accident Injury Legal Center. For the sake of simplicity in this declaration, I will refer to McNeil Consultants and Quintessa collectively as "Quintessa."

4. Quintessa specializes in giving personal injury law firms a competitive edge in marketing by delivering high-quality client leads. Currently, Quintessa has over 44 law-firm or attorney clients across 15 states. Quintessa has well over 100 employees and operates its own highly trained intake department from 7am - 8pm, 7 days a week. Quintessa gathers necessary information from potential new clients, vets them, and then signs them up on a law firm's retainer agreement.

5. It is the regular practice of Quintessa to document intake calls, track the number of phone calls it receives, the number of leads it processes and sends to clients, and the number of leads retained by its clients. In addition, Quintessa's intake calls are listened to by an audit team, and a training team is available for real time coaching. Performance of Quintessa's call center representatives is evaluated hourly by Intake Managers with a 1:11 ratio.

6. Since at least August 2021, Quintessa's intake center representatives have been specifically trained to dispel any conceivable confusion and instructed to inform callers, █████

█████████████████████████████████████████████████████ Additionally, we added the disclaimer of "Third Party Intake Not a Firm" to the ad copy of most of our search engine marketing ads.

7. The Car Accident Helpline is also d/b/a that Quintessa has operated since 2019.[1] Since then, Quintessa has increasingly invested in Car Accident Helpline as its lead brand. ████ ████████████████████████████████████████████████████████████████ As part of that investment, in early August, Quintessa updated its intake call script to state, ██████ ████████████████████████████████████████████████████████████████ ██████ Attached as Exhibit A-1 (QUINTESSA_000227-280) is a true and correct copy of Quintessa's current Intake Call Center Script that has been in place since early August 2024 to present.

8. Attached as Exhibit A-2 (QUINTESSA_000170-226) is a true and correct copy of Quintessa's prior Intake Call Center Script that was in place from August 2021 to early August 2024.

9. Attached as Exhibit A-3 (QUINTESSA_000104-169) is a true and correct copy of Quintessa's Marketing Training PowerPoint.

10. In 2023, I was named as an honoree for Journal Record's "Woman of the Year" as one of the 50 Making a Difference from my successful career and giving back to my community. I was also named by Hundred Magazine as one of "100 Women in Oklahoma City," and I made Journal Record's list of "Most Admired CEOs." This year, I received the "Gold Award" from Titan Women In Business and the "Best Entrepreneur" Award from the 22nd Annual American Business Awards.

---

[1] *See* Sibrian Keyword Ad Copy spreadsheet (QUINTESSA_000098) (indicating "Car Accident Helpline" as a business name used in Quintessa's ads).

11. I, along with Quintessa, have donated millions of dollars to nonprofits across Oklahoma City, the Regional Food Bank of Oklahoma, Oklahoma Dream Centers, and You Version Bible App. Quintessa donates half of all profits to charity. I have also partnered with ReMerge, a program that serves the needs of Oklahoma mothers facing non-violent offenses.

12. In addition, I have participated in numerous media interviews concerning my business success, including DotCom Magazine, PR web.com, and Chris Voss. In October of 2022, I spoke in front of the State Senators at the Oklahoma Capitol to discuss with other leaders on ways to create meaningful legislation to improve outcomes for women in the Oklahoma workplace.

13. Attached as Exhibit A-4 (QUINTESSA_000103) is a true and correct copy of Google Ad data showing the numbers of impressions associated with Quintessa's click-to-call advertisements from 2020-2024 triggered by keywords and search terms incorporating a Sibrian Mark.

Executed in Oklahoma City, Oklahoma, on August 29th, 2024.

*Lauren Mingee*
Lauren Von Mingee