IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

THE LAW OFFICES OF
HILDA L. SIBRIAN, P.C. and
HILDA L. SIBRIAN,

    *Plaintiffs*,

v.

MCNEIL CONSULTANTS,
LLC D/B/A ACCIDENT
INJURY LEGAL CENTER,
QUINTESSA MARKETING,
LLC D/B/A ACCIDENT
INJURY LEGAL CENTER, and
LAUREN MINGEE,

    *Defendants*.

Civil Action No. 4:23-cv-04643

---

**DECLARATION OF SPENCER PACKARD IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

I, Spencer Packard, declare as follows:

1. I am over eighteen years of age, of sound mind, and competent to make this declaration. I declare under penalty of perjury of the laws of the United State that the facts stated within this declaration are true and correct and within my personal knowledge.

2. I am an associate at the firm of Ahmad, Zavitsanos, & Mensing PLLC. My business address is 1221 McKinney St., Suite 2500, Houston, Texas 77010. My date of birth is May 10, 1991. I am licensed in and in good standing in the state of Texas. I am counsel for the Plaintiffs in the above-captioned case.

3. I make this declaration of my own personal knowledge of the facts stated herein, and I know the same to be true and correct. If called as a witness in this proceeding, I could and would testify competently to the matters set forth herein. As a primary handling associate attorney on this matter, I am personally familiar with all

|   |   |
|---|---|
|    | documents referenced in this declaration. having personally reviewed each of them and either sent or received them in the ordinary course of discovery. |
| 4. | I make this declaration in support of Plaintiffs' Reply in support of their Motion for Preliminary Injunction. |
| 5. | Exhibit 37 is a true and correct copy of a spreadsheet showing Sibrian's Auction Insights Report for January 2023, which Plaintiffs marked as HS001020 and produced on September 5, 2024. |
| 6. | Exhibit 38 is a true and correct copy of Sibrian's Auction Insights Report for February 2023, which Plaintiffs marked as HS001021 and produced on September 5, 2024. |
| 7. | Exhibit 39 is a true and correct copy of Sibrian's Auction Insights Report for March 2023, which Plaintiffs marked as HS001022 and produced on September 5, 2024. |
| 8. | Exhibit 40 is a true and correct copy of Sibrian's Auction Insights Report for April 2023, which Plaintiffs marked as HS001023 and produced on September 5, 2024. |
| 9. | Exhibit 41 is a true and correct copy of Sibrian's Auction Insights Report for May 2023, which Plaintiffs marked as HS001024 and produced on September 5, 2024. |
| 10. | Exhibit 42 is a true and correct copy of Sibrian's Auction Insights Report for June 2023, which Plaintiffs marked as HS001025 and produced on September 5, 2024. |
| 11. | Exhibit 43 is a true and correct copy of Sibrian's Auction Insights Report for July 2023, which Plaintiffs marked as HS001026 and produced on September 5, 2024. |
| 12. | Exhibit 44 is a true and correct copy of Sibrian's Auction Insights Report for August 2023, which Plaintiffs marked as HS001027 and produced on September 5, 2024. |
| 13. | Exhibit 45 is a true and correct copy of the Plaintiffs' Motion for Partial Summary Judgment for *Jim S. Adler, P.C. v. McNeil Consultants, LLC*, No. 3:19-CV-2025-K-BN, 2023 WL 5600128 (N.D. Tex. July 27, 2023), *report and recommendation adopted*, No. 3:19-CV-2025-K-BN, 2023 WL 5604169 (N.D. Tex. Aug. 28, 2023). |
| 14. | Exhibit 46 is a true and correct copy of the Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment for *Jim S. Adler, P.C. v. McNeil Consultants, LLC*, No. 3:19-CV-2025-K-BN, 2023 WL 5600128 (N.D. Tex. July 27, 2023), *report and recommendation adopted*, No. 3:19-CV-2025-K-BN, 2023 WL 5604169 (N.D. Tex. Aug. 28, 2023). |
| 15. | Exhibit 47 is a true and correct copy of the Plaintiffs' Reply in support of their Motion for Partial Summary Judgment for *Jim S. Adler, P.C. v. McNeil Consultants, LLC*, No. 3:19-CV-2025-K-BN, 2023 WL 5600128 (N.D. Tex. July 27, 2023), *report and recommendation adopted*, No. 3:19-CV-2025-K-BN, 2023 WL 5604169 (N.D. Tex. Aug. 28, 2023). |

Executed in Harris County, Texas on the 5th day of September, 2024.

/s/ *Spencer Packard*
Spencer Packard